Case 1:22-cr-00278-BAH   Document 1   Filed 08/17/22   Page 1 of 1

Case: 1:22−cr−00278
Assigned To : Howell, Beryl A.
Assign. Date : 8/17/2022
Description: USA v. NORMAN

PROB 22
(Rev. 04/17)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
1:19CR00010-1

DOCKET NUMBER *(Rec. Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Jamal Omar Norman | Eastern District of Texas | Beaumont Division |

NAME OF SENTENCING JUDGE

The Honorable Marcia A. Crone
U.S. District Judge

| DATES OF PROBATION/SUPERVISED RELEASE: | FROM | TO |
|---|---|---|
| | March 21, 2022 | March 20, 2025 |

**OFFENSE**

18 U.S.C. §§ 1791(a)(2) and (b)(3) – Inmate in Possession of a Prohibited Object

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Columbia upon that Court's order of acceptance of jurisdiction.

_____4/8/22_____        _____*Marcia A. Crone*_____
        Date                                                    U.S. District Judge Marcia A. Crone

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____June 29, 2022_____        _____*Beryl A. Howell*_____
        *Effective* Date                                         United States District Judge

FILED: **7/20/22**
U.S. DISTRICT COURT
EASTERN DISTRICT COURT
DAVID A. O'TOOLE, CLERK